# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED

NOV 0 6 2006

WILLIAM B. GUTHRIE
Clerk, U.S. District Court

By:_____

Deputy Clerk

BETTY J. TAYLOR,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of
Social Security Administration,

    Defendant.

Case No. CIV-06-128-RAW

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On October 30, 2006, Defendant, Commissioner of the Social Security Administration

("Commissioner") filed an unopposed motion to reverse and remand the above-captioned case to the

Commissioner for further administrative proceedings. Accordingly, it is hereby ordered that the

decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby

**REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. §405(g) for further

administrative proceedings.

IT IS SO ORDERED this 6th day of November, 2006.

**HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**